FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2020

No. 04-20-00336-CV

Juana Lizeth Rios **PINA**,
Appellant

v.

**SUN LOANS, INC.,**
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-00017
Honorable David A. Canales, Judge Presiding

# **O R D E R**

Appellee's unopposed Motion to Substitute Counsel of Record is GRANTED. It is ORDERED that Ms. Elena E. Martinez may withdraw as counsel of record and Vaughan E. Waters is substituted as counsel in her place.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court